# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dameion Clegg ,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-370

FNU Shrader ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2012 Order.

                                                    Signed: August 29, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court